LAW OFFICE OF KIANA SLOAN-HILLIER
Kiana Sloan-Hillier, SBN No. 209887
1901 Avenue of the Stars, Suite 615
Los Angeles, CA 90067
Tel: 310/556-1911
Fax: 310/861-1463
kianahillier@yahoo.com

Attorneys for SUNDIP DHANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>SUNDIP DHANDA,<br><br>           Defendant.<br>_____ | CASE NO. CR 08-773-DSF<br><br>DEFENDANT'S PRELIMINARY OBJECTIONS TO THE PRESENTENCE REPORT |

COMES NOW DEFENDANT SUNDIP DHANDA AND HIS ATTORNEY OF RECORD, KIANA SLOAN-HILLIER, before the Court, and hereby presents preliminary objections and corrections to the Presentence Report.

Dated: March 24, 2011                          Respectfully submitted,

                                                                /s/

                                                        _____
                                                        Kiana Sloan-Hillier
                                                        Counsel for Sundip Dhanda

1.

## PRELIMINARY OBJECTIONS TO THE PRESENTENCE REPORT

### A. Introduction

Defendant has filed a stipulation to continue the sentencing hearing and to reset the briefing schedule so that new counsel can have adequate time to review the file and to fully discuss the Pesentence Report with defendant Dhanda. However, in reviewing the Presentence Report, counsel has identified two objections that can be identified on the face of the report, and those are identified and discussed briefly below. These objections are preliminary, as new counsel only received the file from prior counsel on Monday, March 21, 2011. Defendant Dhanda intends to comment more fully in his subsequent sentencing papers.

### B. Objections

#### 1. Objections to Paragraphs 48 and 49

The defendant objects to the imposition of a four-level enhancement under U.S.S.G. § 2B1.1(b)(9). This section provides for a two-level increase if a substantial part of the fraudulent scheme was committed outside the United States or if the offense otherwise involved sophisticated means. This section does not provide for the application of both, as that would constitute double counting.

At this time, defense counsel is not conceding that an enhancement under 2B1.1(9) applies, only that both (b)(9)(B) and (b)(9)(C) cannot both be applied.

#### 2. Objection to Paragraph 51

Preliminarily, defendant objects to the source of the information used by the Probation Officer to impose an two-level enhancement under U.S.S.G. § 2B1.1(b)(10)(C)(i), and intends to comment further in subsequent filings.

//
///

## CONCLUSION

The foregoing objections to the Presentence Report are preliminary and deserving of further comment. Defendant is seeking leave of the Court to reserve his right to comment further on the objections raised herein, and to raise additional objections to the Presentence Report in accordance with the proposed revised briefing schedule set forth in the stipulation to continue.

Dated: March 24, 2011

Respectfully submitted,

/s/

_____
Kiana Sloan-Hillier
Counsel for Sundip Dhanda