LAW OFFICE OF KIANA SLOAN-HILLIER
Kiana Sloan-Hillier, SBN 209887
1901 Avenue of the Stars, Suite 615
Los Angeles, CA 90067
Tel: 310/556-1911; Fax: 310/861-1463
kianahillier@yahoo.com

Attorney for SUNDIP DHANDA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 08-773-DSF |
| v. | |
| SUNDIP DHANDA, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
EX PARTE APPLICATION; [PROPOSED] ORDER

**Document Description:**

☐ Administrative Record

☐ Exhibits

☑ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☐ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

APRIL 21, 2011
Date

KIANA SLOAN-HILLIER
Attorney Name

SUNDIP DHANDA
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)     **NOTICE OF MANUAL FILING**