LAW OFFICE OF KIANA SLOAN-HILLIER
Kiana Sloan-Hillier, SBN No. 209887
1901 Avenue of the Stars, Suite 615
Los Angeles, CA 90067
Tel: 310/556-1911
Fax: 310/861-1463
kianahillier@yahoo.com

Attorneys for SUNDIP DHANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 08-773-DSF |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; DECLARATION OF COUNSEL |
| vs. | |
| SUNDIP DHANDA, | Current Date: AUGUST 1, 2011 Proposed Date: AUGUST 15, 2011 |
| Defendant. | |
| _____ | |

Defendant Sundip Dhanda, by and through counsel Kiana Sloan-Hillier, and the plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Ellyn Lindsay, hereby stipulate and agree that the sentencing hearing in the above-captioned matter be continued from August 1, 2011, to August 15, 2011, or to a date and time thereafter that is convenient for the Court.

///

1    This stipulation is presented to the Court for the reasons set forth in the attached

2  declaration of Kiana Sloan-Hillier, and is based on the files and records in this case.

3

4  Dated: July 15, 2011                        Respectfully submitted,

5                                                        /s/
                                            _____
6                                            Kiana Sloan-Hillier
                                            Attorney for Defendant
7

8                                                        /s/
                                            _____
9                                            Ellyn Lindsay
                                            Assistant U.S. Attorney
10                                          (by telephonic authorization from AUSA
                                            Ranee  A.  Katzenstein  for  AUSA  Ellyn
11                                          Lindsay)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>DECLARATION OF KIANA SLOAN-HILLIER</u>

I, Kiana Sloan-Hillier, do hereby declare as follows:

1.  I am an attorney licensed to practice law in the State of California and the Central District of California. I have been retained by defendant Sundip Dhanda to represent him in the above-captioned case. In March 2011, I substituted in as attorney of record in the above-captioned matter.

2.  The Court previously granted a continuance of the sentencing hearing to June 6, 2011, the first continuance sought by the defense. Thereafter, the Court granted a continuance of the sentencing hearing until July 11, 2011, based on defense counsel's trial schedule. On July 7, 2011, the Court granted a request to continue the sentencing hearing to August 1, 2011.

3.  The parties are now requesting an additional two-week continuance of the sentencing hearing to and including August 15, 2011. A.U.S.A. Ellyn Lindsay is out of the office until July 26, 2011. The defense intends to raise issues in its sentencing papers that may be disputed by the government. With the current sentencing date, the government will not have an adequate opportunity to respond to the defense papers. Defense counsel has spoken with supervising A.U.S.A. Ranee Katzenstein who agrees that a brief continuance of the sentencing hearing to permit government counsel an opportunity to file responsive sentencing papers would assist the Court in resolving any disputed facts.

4.  Defense counsel represents that defendant was consulted and joins in the request for a continuance of the sentencing date to August 15, 2011.

I swear under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2011, in Los Angeles, California.

_____/s/_____
Kiana Sloan-Hillier , Esq.