1 LAW OFFICE OF KIANA SLOAN-HILLIER
Kiana Sloan-Hillier, SBN No. 209887
2 1901 Avenue of the Stars, Suite 615
Los Angeles, CA 90067
3 Tel: 310/556-1911
Fax: 310/861-1463
4 kianahillier@yahoo.com

5 Attorney for SUNDIP DHANDA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 08-773-DSF |
| Plaintiff, | [PROPOSED] ORDER PERMITTING DOCUMENTS TO BE FILED UNDER SEAL |
| v. | |
| SUNDIP DHANDA, | |
| Defendant. | |

~~GOOD CAUSE HAVING BEEN SHOWN from defendant's application, the Court hereby Orders that defendant's Position Re: Sentencing shall be filed and maintained Under Seal.~~

Dated: 7/20/11

Denied - see separate order

Honorable Dale S. Fischer
United States District Court Judge
Central District of California

DALE S. FISCHER

ORIG

## CERTIFICATE OF SERVICE

On July 19, 2011, I served the following documents: SENTENCING POSITION PAPER; APPLICATION AND [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL on the interested parties in this action by sending an electronic copy to:

Assistant United States Attorneys
ELLYN LINDSAY
1100 United States Courthouse
312 Spring Street
Los Angeles, CA 90012

Maytee Zendejas
United States Probation Officer
600 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. This certificate was executed on July 19, 2011, at Los Angeles, CA 90067.

_Kiana Sloan-Hillier_