LAW OFFICE OF KIANA SLOAN-HILLIER
Kiana Sloan-Hillier, SBN No. 209887
1901 Avenue of the Stars, Suite 615
Los Angeles, CA 90067
Tel: 310/556-1911
Fax: 310/861-1463
kianahillier@yahoo.com

Attorney for SUNDIP DHANDA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  CR 08-773-DSF |
| Plaintiff, | ) |
| v. | ) ADDITIONAL SENTENCING LETTERS |
| SUNDIP DHANDA, | ) |
| Defendant. | ) |
| _____ | ) |

    Defendant Sundip Dhanda hereby submits the attached letters to be considered at the time of sentencing.

    Included in this filing are records from the Canadian prison where Mr. Dhanda was held prior to his voluntary extradition to the United States. These records show Mr. Dhanda to be a cooperative inmate with a good work ethic.

Dated: September 9, 2011               Respectfully submitted,

                                       _____/_____
                                       KIANA SLOAN-HILLIER
                                       Counsel for SUNDIP DHANDA

EXHIBIT A

September 8, 2011

To:   Whom it may concern

Re:   Sundip Dhanda

My name is Ajmer Athwal and I am writing this letter today as a character reference for Sundip Dhanda and am aware that this letter will be presented in court. I am aware of the offences that he is charged with and strongly feel that these offences are inconsistent with his character.

I am currently running my own business as a Esso retailer in the city of West Vancouver while I pursue my career as a Certified General Accountant.

I have developed a close relationship with Sundip Dhanda over the last 20 years. I first met Sundip when we lived on the same block as we attented elementary school together. I have played soccer in a league with Sundip and he was always a team player encouraging all to play hard and fair. He is a very giving individual and always ready to help even if it would inconvenient him, he bends over backwards for others. I still remember that during my exam week at BCIT my vehicle broke down and I didn't have enough funds to repair it. At this point I was struggling to keep up with full-time school and my part-time job. Sundip heard about this and lent me his car for about 2 weeks while he would arrange rides with his friends to go to work all so that I wouldn't fall behind in my studies.

Sundip also volunteered with me at Ross Street Sikh Temple every 2 years when the elections were held and we attended religious programs on a weekly basis. When I talk to him during his incarceration he is always encouraging me to further my business as best I can and continues helping me brainstorm different business ideas related to my field.

I have absolutely no doubt Sundip will reoffend or do anything against the law of both countries Canada and US.

Please take my letter into consideration as Sundip Dhanda is an amazing individual that I have had the pleasure of having in my life.

Ajmer Athwal, CGA
470 East 50th Avenue
Vancouver, BC
V5X 1B1
604-781-9930
604-926-2016

To Whom it may concern;					September 06 2011

I Farhana Ali have had the pleasure of knowing Sundip Dhanda in a variety of capacities for the past 15 years. He is my future brother in law. Every time that i have been in his presence usually around family events, he has behaved with respect.

I Know he was volunteering working with the elderly. At the Holy family in Vancouver, BC. Along with being involved in boxing at the gym. He has excellent rapport with people of all ages, that he has been around or worked with, including me.

I am honoured he has asked me to write this letter on his behalf. I can vouch for Sundip's ability to go the extra mile and to find a way to get through the worst of circumstances. If you have any questions or concerns do not hesitate to call. 778-386-6955. I hope i have given you some assistance.

						Thank You
						Farhana Ali

# EXHIBIT B

# NFPC Case Management Plan

☒ Initial plan        ☐ 6 month review/revision

| Name: DHANDA | CS# 06.190.110 |
|---|---|
| Unit: C North | GP ☒        PC ☐ |
| INA Rating: Low | Sentenced ☐ Yes ☒ No   PDD: |

The Case Management Plan addresses criminogenic risk factors identified in the Inmate Needs Assessment. It takes into consideration institutional internal placement.

**Core Programs recommended**: (note: programs are offered and conducted based on availability of instructor and enrolment numbers)
N/A

Note: If inmate has already completed any of the above programs, please verify through Cornet and provide date of completion: N/A

**Educational Programs recommended**: (note: these programs are offered and conducted based on availability of teachers/facilitators and time of year)
☐ School         ☐ GED

**Work Placement Suitability**: (Note: not all work placement options may be available or appropriate given work location and status of inmate)

☒ Unit Cleaner
☐ Segregation Cleaner (PC only)
☐ Maintenance Crew (GP only)
☐ F Block (GP only)
☐ Laundry (GP only)
☒ Library worker (GP only)
☐ Meal tray recovery program
☐ Other - Specify:

If inmate is already employed, indicate work location: C North-cleaner, center librarian

**Goals for Behavioural Management**: n/a

**Goals for Health Management**: n/a

**Release plans (include agency referrals for assistance)**: none

**Other case management comments**: great unit cleaner, possible extradition to USA

Case Manager: Moore T                    Date: 2010.03.22



Page 1 of 1

# Ministry of Public Safety and Solicitor General
## Client Log

**BRITISH COLUMBIA**

**Location:** CHQA-Community Headquarters Adult-7778, **CS #:** 06190110 - DHANDA, SUNDIP SUNDEEP SINGH
**Entry Date:** 2010.05.27 - 2010.06.03

| Entered Date | Type | User | File Type | Title/Content |
|---|---|---|---|---|
| 2010.06.01 11:28:30 | General | PEAKMAN, JAMES | NONE | 4 day summary<br>Inmate does a good job as unit cleaner. Is polite and respectful to staff. Gets along well with peers. No issues at this time. |

Total Records:   1

Access, collection, use, disclosure and disposal of this document must be in accordance with the British Columbia Freedom of Information, Protection of Privacy Act and the Youth Criminal Justice Act.

**Report Id:** cmsr0100       **Requested By:** TANGEDAL, DEREK E       11-AUG-2010 02:22 PM

000001



# Ministry of Public Safety and Solicitor General
## Client Log

**BRITISH COLUMBIA**

Location: CHQA-Community Headquarters Adult-7778,  CS #: 06190110 - DHANDA, SUNDIP SUNDEEP SINGH
Entry Date: 2009.02.19 - 2010.05.27

| Entered Date | Type | User | File Type | Title/Content |
|---|---|---|---|---|
| 2010.02.25 19:26:07 | General | BYRNE, JENNIFER | NONE | CN- Assaulted by Inmate s.22 s.15(1)(L) assaulted this inmate by throwing a punch and hitting him in the face. Upon review of it is clear that this inmate did not fight back. Inmate was taken to health care with a minor scratch. |
| 2010.03.03 11:11:56 | Appointments | SHEA, TANYA | NONE | declined Nurse appt |
| 2010.03.09 13:13:17 | Program | MACKENZIE, TERRENCE | NONE | Hired as Librarian<br>Hired as Librarian as of 2010.03.09. |
| 2010.03.15 15:38:31 | Program | RANKIN, BRAD | NONE | lawyer fax<br>Faxed legal document to lawyer. Fax # 206 855-1027 |
| 2010.03.16 18:25:54 | General | HARTLEB, HOLLY | NONE | CN - cell move<br>I/M Dhanda has moved from cell 26 to 25 now vacated by i/m s.22 |
| 2010.03.22 10:39:32 | Case Management Plan | MOORE, RICHARD | docx | CN MHLO case management plan |
| 2010.03.23 20:05:32 | Program | RANKIN, BRAD | NONE | legal fax<br>Faxed a document to lawyer. Fax # 206 855-1027 |
| 2010.03.27 15:00:54 | Program | LAMOTHE, DEBBIE | NONE | photo<br>1 photo taken this date |
| 2010.03.28 19:57:30 | Program | RANKIN, BRAD | NONE | legal fax<br>Faxed a letter to lawyer. Fax # 206 855-1027 |
| 2010.03.29 21:34:02 | Program | RANKIN, BRAD | NONE | law libraian<br>Has been doing a really good job as law librarian. Always polite and respectful when down in the library |
| 2010.04.05 15:27:14 | Program | RANKIN, BRAD | NONE | legal fax<br>Faxed a legal document to lawyer. Fax # 206 855-1027 |
| 2010.04.26 12:51:59 | General | BISH, TREVOR | NONE | CN<br>currently emplyed as the head cleaner on C-North, does very thorough job. |
| 2010.05.01 18:27:11 | Program | BYRNE, JENNIFER | NONE | Law library<br>Inmate attended law library and did his duties as the librarian on this date. |
| 2010.05.06 18:40:01 | Program | ZINKEVYCH, KATERYAN | NONE | Privileged mail<br>I/m received privileged mail this date from Legal Services Society:400-510 Burrard St, Vancouver. |
| 2010.05.07 17:44:21 | Program | LAMOTHE, DEBBIE | NONE | Legal Mail<br>Dhanda received legal mail this date from...............Legal Services Society, 400-510 Burrard St, Vancouver |
| 2010.05.11 13:32:16 | General | COLEMAN, MARK | NONE | Forwarded legal fax to subject<br>Forwarded legal fax this date to subject from US lawyer. |
| 2010.05.16 18:45:41 | Program | RANKIN, BRAD | NONE | legal fax<br>Sent out a fax to fax # 613 992-7910 |
| 2010.05.19 14:39:36 | Program | GARMULEWICZ, RICK | NONE | CN: Privileged mail<br>CN: rceived privileged mail from Legal Services Society, 400-510 Burrard Street, Vancouver, BC. |
| 2010.05.25 14:35:00 | General | MOORE, RICHARD | NONE | Rec'd Legal fax<br>Rec'd Legal fax this date from his Lawyer in Seattle. |
| 2010.05.25 19:21:20 | Program | RANKIN, BRAD | NONE | legal fax<br>Faxed a letter to lawyer. Fax # 206 855-1027 |